1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>    Movant,<br><br>    v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    Respondent. | Case No. 3:11-MC-80184-CRB (NJV)<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |

Case No. 3:11-MC-80184-CRB (NJV)

1  **[PROPOSED] ORDER**

2  Having considered Respondent U.S. Securities and Exchange Commission's ("SEC")

3  Administrative Motion To Consider Whether Cases Should Be Related, any oppositions filed thereto,

4  and all supporting documents filed by the parties,

5  IT IS HEREBY ORDERED that the SEC's motion is GRANTED and that *Doe v. SEC*, 4:11-

6  CV-4082 and *Doe v. SEC,* 3:11-CV-4083 are deemed related to *Doe v. SEC*, No. 3:11-MC-80184.

7  IT IS FURTHER ORDERED that *Doe v. SEC*, 4:11-CV-4082 and *Doe v. SEC,* 3:11-CV-4083

8  be reassigned to the Honorable Charles R. Breyer and then referred to the undersigned magistrate

9  judge pursuant to Civil Local Rule 3-12(f).

10  IT IS FURTHER ORDERED that *Doe v. SEC*, 4:11-CV-4082 and *Doe v. SEC,* 3:11-CV-4083

11  be re-docketed as "Miscellaneous" cases.

12  IT IS SO ORDERED.

14  Dated: September 2, 2011

_____
[MAGI]STRATE JUDGE

*(Signature stamp: "IT IS SO ORDERED — Judge Charles R. Breyer", United States District Court, Northern District of California seal)*